# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145173 & (55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

OLD REPUBLIC INSURANCE COMPANY,
        Plaintiff-Appellant,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
        Defendant-Appellee.

SC: 145173
COA: 302384
Wayne CC: 09-015360-CK

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917